Cornelius ACRES, Petitioner–
Appellant,

v.

DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS,
Respondent–Appellee,

and

Commonwealth of Virginia,
Respondent.

No. 12–8069.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 28, 2013.

Cornelius Acres, Appellant Pro Se.

Before DUNCAN, FLOYD, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Cornelius Acres seeks to appeal the dis-
trict court's order dismissing without prej-
udice his 28 U.S.C. § 2241 (2006) petition,
which the court interpreted as a 28 U.S.C.
§ 2254 (2006) petition, for failure to com-
ply with a court order. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1)(A) (2006). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Acres has not
made the requisite showing. Accordingly,
we deny leave to proceed in forma pauper-
is, deny Acres' motions for a transcript at
the Government's expense and to overturn
his conviction, deny a certificate of appeal-
ability, and dismiss the appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*DISMISSED.*